

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00253-CV

Edinburg Consolidated Independent School District, Silvia Ledesma, and
Carlos Guzman, and Lydia Elizondo Mount, Individually and as Next Friend of Michael
Edward Reed
v.
Sobeyda I. Smith, Daniel Rebollar, and Mariely Rebollar

On appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. C-1711-16-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the order of the trial court should be reversed and rendered. The Court orders the order of the trial court REVERSED AND RENDERED. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

May 26, 2016